Thomas E. **FRITSCH**, Claimant–Appellant,

v.

R. James **NICHOLSON**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 05–7196.

United States Court of Appeals, Federal Circuit.

May 2, 2006.

Before LOURIE, RADER, and PROST, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.